IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:08-CV-57-H(3)

DEVON TYLER MCCARTNEY, a minor          )
child, by his mother Penny              )
McCartney, et al.                       )
                                        )
    Plaintiffs,                         )
                                        )
    v.                                  )
                                        )       **ORDER**
LANIER CANSLER, Secretary, North        )
Carolina Department of Health and       )
Human Services, in his official         )
capacity,                               )
                                        )
    Defendant.                          )

For good cause shown and upon the joint motion of the
parties, IT IS ORDERED that the mediation ordered by the
district court, the Rule 26(f) conference and report, all
discovery, plaintiffs' deadline to respond to defendant's
pending motions for summary judgment, and all other district
court proceedings be STAYED pending the outcome of defendant's
appeal of this court's March 16, 2009, order to the Fourth
Circuit Court of Appeals.

This 23rd day of April 2009.

MALCOLM J. HOWARD
Senior United States District Judge