UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Civ. No. 7:08-CV-57-H

| | |
|---|---|
| DTM, a minor child, by his mother Penny McCartney; EC, a minor child, by his mother Selena McMillan; KT, a minor child, by her father, Greg Tipton, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LANIER CANSLER, Secretary, North Carolina Department of Health and Human Services, in his official capacity, <br><br> Defendant. | ORDER GRANTING STAY |

For good cause shown and upon the joint motion of the parties, IT IS ORDERED that all discovery and other proceedings in this litigation be STAYED for a period of 30 days from the date of this order.

This the 24 day of August, 2010.

*/s/ Malcolm J. Howard*
MALCOLM J. HOWARD
Senior United States District Judge

1

Case 7:08-cv-00057-H   Document 76   Filed 08/23/10   Page 1 of 1
Case 7:08-cv-00057-H   Document 77   Filed 08/24/10   Page 1 of 1   TOTAL P.001