UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO. 7:08-CV-57-H

| | |
|---|---|
| D.T.M., a minor child, by his mother Penny McCartney, E.C., a minor child, by his mother Selena McMillan, and K.T., a minor child, by her father Greg Tipton, individually and behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>LANIER M. CANSLER, Secretary, North Carolina Department of Health and Human Services, in his official capacity, <br><br>    Defendant. | **ORDER GRANTING CONTINUED STAY OF ALL PROCEEDINGS PENDING SETTLEMENT** |

For good cause shown and upon the joint motion of the parties, IT IS ORDERED that the stay entered in this case on August 24, 2010 shall continue, and all discovery and other proceedings in this litigation shall be STAYED for a period of 15 additional days, through October 8, 2010.

This the 28th day of September, 2010

/s/ Malcolm J. Howard
MALCOLM J. HOWARD
Senior United States District Judge